UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER JOSEPH,<br><br>                            Plaintiff,<br><br>            -against-<br><br>EDWARDS; C.O. PERALTA; CAPTAIN COLON; VALERO,<br><br>                          Defendants. | 20-CV-7412 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 11, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an amended application to proceed *in forma pauperis* or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 11, 2020
             New York, New York

                                                          COLLEEN McMAHON
                                                      Chief United States District Judge